## Tribune Company, Appellant, v. Frank Rainey, Defendant. Harry S. Greenstein, Trustee, Appellee.

Gen. No. 41,424.

Heard in second division, first district, this court at October term, 1940; opinion filed November 28, 1941. Kirkland, Fleming, Green, Martin & Ellis, for appellant; Joseph M. Taussig, John M. O'Connor, Jr. and Thomas F. Scully, of counsel; Harry S. Greenstein, *pro se;* Harry F. Brewer, of counsel. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''